**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MICHAEL TYRONE JOSEPH JOYCE**                                    **PLAINTIFF**
**ADC #150227**

**v.**                                    **Case No: 3:26-cv-00070-LPR**

**DEXTER PAYNE, et al.**                                    **DEFENDANTS**

**ORDER**

On February 23, 2026, Plaintiff Michael Tyrone Joseph Joyce, an inmate at the Arkansas

Division of Correction's Grimes Unit, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1]  On

February 24, 2026, the Court entered an Order directing Plaintiff to, within thirty (30) days, either

pay the $405.00 filing fee or file a properly completed motion to proceed *in forma pauperis*.[2]  The

Court warned Plaintiff that his failure to comply with the Order would cause his Complaint to be

dismissed.[3]  Plaintiff subsequently filed Objections, which referred to the Court's "proposed

findings and recommendations" and an "amended complaint" he had filed on February 23, 2026.[4]

On March 17, 2026, the Court entered an Order directing Plaintiff, within 14 days, to file a notice

indicating whether he had intended to file a new civil lawsuit with his complaint in this case, or if

he had instead intended to file an amended complaint in *Joyce v. Payne, et al.*,

No. 3:25-cv-231-KGB.[5]  Plaintiff has not complied with or otherwise responded to either of the

February 24th or March 17th Orders, and the time for doing so has expired.

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 3).  The Order was entered by United States Magistrate Judge Patricia S. Harris.

[3] *Id.* at 2.

[4] Objections (Doc. 4).

[5] Order (Doc. 5).  The Order was entered by Judge Harris.

2

Accordingly, Plaintiff's Complaint is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 8th day of June 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE